IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| | ) | |
| 114 Hardy Court | ) | MJ 112-032 |
| Augusta, GA 30901 | ) | |
| | ) | |
| | ) | |

**O R D E R**

Before the Court is a motion to return property filed by Coleman American Moving Services, Inc. and Covan World-Wide Moving, Inc. and a motion to expedite the proceedings related to the motion to return property. (Doc. nos. 9, 17.) On February 12, 2015, the movants filed a notice of withdrawal of the motion to return property. Accordingly, the Court **DIRECTS** the Clerk to terminate the motion to return property from the motions report, (doc. no. 9), and **DENIES AS MOOT** movants' motion to expedite, (doc. no. 17).

SO ORDERED this 2nd day of March, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA